# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA BROOKS,<br><br>           Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>           Defendant. | Case No. CV 11-8645-JEM<br><br>**JUDGMENT** |

    In accordance with the Memorandum Opinion and Order Reversing Decision of the Commissioner of Social Security and Remanding for Further Proceedings filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is REVERSED and this matter is REMANDED for further proceedings.

DATED: June 22, 2012

                                              */s/ John E. McDermott*
                                              JOHN E. MCDERMOTT
                                     UNITED STATES MAGISTRATE JUDGE